IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSE ESTRADA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:03 cv 51 JLF |
| | ) | |
| JONATHAN R. WELLS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

This matter is before the Court on the Motion for Discovery filed by the plaintiff, Jose Estrada, on April 18, 2005 (Doc. 27).  The motion is **DENIED WITHOUT PREJUDICE**.

The plaintiff seeks certain discovery.  It is clear from the motion that the plaintiff is not seeking a Court order compelling the defendants to timely respond to already served discovery.  Rather, the plaintiff is seeking a Court order prior to (or at the same time as) utilizing the procedures outlined in the Discovery section of the Federal Rules of Civil Procedure.  The plaintiff is instructed to **first** seek discovery from the parties **prior** to seeking a Court order compelling production or responses.  The plaintiff is not required to file discovery requests except for requests for admissions as provided by Local Rule 26.1(b)(1).

**DATED: May 6, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**