# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | ILLINOIS |
|---|---|---|

JOSE ESTRADA

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   3:03-CV-51-DGW

JONATHAN R. WALLS, et al.

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that pursuant to the Jury Verdict rendered on April 25, 2007, judgment is entered in favor of defendants, JONATHAN R. WALLS, GREG LAMBERT, and DENNIS HASEMEYER and against plaintiff JOSE ESTRADA.

IT IS FURTHER HEREBY ORDERED AND ADJUDGED that pursuant to Court Order, judgment is entered in favor of defendant, BILLY PICKERING and against plaintiff, JOSE ESTRADA on oral Motion of Defendants for Judgement as a Matter of Law as the close of plaintiff's case.

Plaintiff shall take nothing from this action.

April 25, 2007
Date

NORBERT J. JAWORSKI
Clerk

*Robin M. Butler*
(By) Deputy Clerk

APPROVED BY:   s/ DONALD G. WILKERSON
UNITED STATES MAGISTRATE JUDGE